UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH LEE, JR.,

    Plaintiff,

v.                                                CASE NO. 3:21cv68-MCR-HTC

MARTIN AND PLUNKETT, M.D., LLC,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 19, 2021.  ECF No. 4.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

(2)   Plaintiff's complaint, ECF No. 1, is DISMISSED for lack of subject-matter jurisdiction.

(3)   Plaintiff's Motion to Proceed *in forma pauperis*, ECF No. 2, is DENIED as MOOT.

(4)   The clerk is directed to close this file.

**DONE AND ORDERED** this 21st day of April 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv68-MCR-HTC