## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KENNETH L LEE, JR

    VS                                      CASE NO.  3:21-cv-00068-MCR-HTC

MARTIN AND PLUNKETT MD LLC

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DENIED as moot.

                                        JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

 April 21, 2021                    /s/ Monica Broussard
DATE                             Deputy Clerk: Monica Broussard